UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 21345
    JOHN K BROWN
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-1711

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 05/27/2005 and was confirmed 07/13/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 02/20/2008.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| JPMORGAN CHASE BANK/BANK | SECURED | 6225.00 | 685.88 | 3992.55 |
| INTERNAL REVENUE SERVICE | PRIORITY | 1295.89 | .00 | .00 |
| US ATTORNEYS OFFICE | NOTICE ONLY | NOT FILED | .00 | .00 |
| ROBERT J ADAMS & ASSOC | PRIORITY | NOT FILED | .00 | .00 |
| AMERICAN COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| BANK ONE NATL BKCY DEPT | NOTICE ONLY | NOT FILED | .00 | .00 |
| CAPITAL ONE | UNSECURED | 360.68 | .00 | .00 |
| COLLECTION COMPANY OF AM | UNSECURED | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 1396.16 | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| GENESIS FINANCIAL SOLUTI | UNSECURED | NOT FILED | .00 | .00 |
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| INSTANT CASH ADVANCE | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| MORWELL FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL QUIK CASH | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| PARK DANSEN | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY LOAN | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSECURED | .00 | .00 | .00 |
| ECMC | UNSECURED | 2382.99 | .00 | .00 |
| GFS INCORPORATED | UNSECURED | 847.50 | .00 | .00 |
| PREMIER BANCARD CHARTER | UNSECURED | 457.24 | .00 | .00 |
| JPMORGAN CHASE BANK/BANK | UNSECURED | 253.43 | .00 | .00 |
| ROBERT J ADAMS & ASSOC | REIMBURSEMENT | 210.00 | .00 | 210.00 |
| ROBERT J ADAMS & ASSOC | DEBTOR ATTY | 2,200.00 | | 2,200.00 |
| TOM VAUGHN | TRUSTEE | | | 392.57 |
| DEBTOR REFUND | REFUND | | | 75.00 |

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 21345 JOHN K BROWN

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                    7,556.00

PRIORITY                                         210.00
SECURED                                        3,992.55
    INTEREST                                     685.88
UNSECURED                                           .00
ADMINISTRATIVE                                 2,200.00
TRUSTEE COMPENSATION                             392.57
DEBTOR REFUND                                     75.00
                      ---------------    ---------------
TOTALS                     7,556.00            7,556.00


     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.



                              /s/ Tom Vaughn
     Dated: 05/23/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE








                         PAGE   2
          CASE NO. 05 B 21345 JOHN K BROWN